*56,734-04*

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 05 2015

Abel Acosta, Clerk

INRE:Cause No. 11,220

WRIT HELD IN THE 21 JUDICIAL
DISTRICT COURT
WASHINGTON COUNTY, TEXAS

PRO SE APPLICANT:
DARRELL W.HOGAN#1014834
POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON TEXAS 77351

ABEL ACOSTA
CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308 CAPITOL STATION
AUSTIN TEXAS 78711

Clerk,

PLEASE FIND ENCLOSED THE FOLLOWING
LEGAL DOCUMENT TO BE FILED ON THIS COURTS DOCKET IN THE ABOVE
CRIMINAL CAUSE NUMBER AS FOLLOWS:MOTION:FOR MANDAMUS C.C.P.ART
4.04 AND MANDAMUS.Please file this on the Courts docket in the
above cause and provide me with return receipt.Thank you for
your assistance in this matter.

Sincerely

Darrell Hogan

# COURT OF CRIMINAL APPEALS

## AUSTIN TEXAS

CAUSE No. 11,220

PRO SE APPLICANT/RELATOR
DARRELL W.HOGAN
VS
THE STATE OF TEXAS
RESPONDENT

### MOTION:FOR COURT MANDAMUS CODE OF
### CRIMINAL PROCEDURE Art.4.04
### TRAP 72.1

TO THE HONORABLE COURT OF CRIMINAL APPEALS:
Comes now Darrell W.Hogan the Relator/pro se applicant and
would present to this court the following;

## I
## JURISDICTION

THIS COURT HOLD PLENARY POWER AND JURISDICTION TO EXECUTE A
MANDAMUS COMPELLING THE CONVICTING COURT TO ANSWER AND COMPLY
WITH LIMITATION TIME STATUTE UNDER CODE OF CRIMINAL PROCEDURE
ART 11.07 §(c) 3 see now CODE OF CRIMINAL PROCEDURE Art 4.04;
TRAP 72.1 ;Martin v Hamlin 25 S.W.3d 718,719.

## II.
## SHOW OF CAUSE

As early as the date of September 9,2015 A.D the relator Darrell
Hogan filed a Application under C.C.P. Art 11.07,in the 21st
Judicial District Court of WASHINGTON COUNTY TEXAS,IN CRIMINAL
CAUSE No. 11,220 .

## II.

The convicting Court 's is falling alseep on adjucication Statute
for the GREAT WRIT where the court in the instant case failed to
repond in accord with Statute set out under code of criminal
procedure art 11.07.§3 (a) (b) which provide that Attorney
representing the State shall answer the application no later
than the 15TH day of it's copy of the application received and
the section (c) provides that the Court is to decide whether
there are controverted issues within 20 day's of the expiration
of the time in which the State is allowed to answer;

-1-

## IV.

Because the convicting Court 21st Judicial District of Washington County Texas in cause no ll.220 has failed to answer and comply with Statute of Code of Criminal Procedure Article 11.07 § 3 (a),(B) the relator Darrell Hogan moved this court to execute Mandamus,Ordering the Convicting Court to give answer in compliance with the Statute set forth C.C.P. Art 11.07 §3 (a)(b)

## V.
### REQUESTED RELIEF

Wherefore Premises considered the Relator Darrell Hogan prays that this court grant him relief in executing the attached Mandamus in this cause and Order the convicting Court to comply in answer to Statute of CODE OF CRIMINAL PROCEDURE Art. 11.07 §3 (a) (B).

EXECUTED BEFORE THIS HONORABLE COURT ON THIS THE l DAY OF NOVEMBER 2015.

RELATOR:DARREL HOGAN

S/ _Darrell Hogan_

PRO SE APPLICANT/RELATOR

-2-

UNSWORN DECLARATION

CIVIL PRACTICE AND REMEDIES CODE §132.000-132.003

I Darrell Hogan #1014834 the relator located at Polunsky Unit 3872 FM 350 SOUTH LIVINGSTON TEXAS 77351 do hereby swear under the penalty of perjury that the following legal document MOTION: FOR COURT MANDAMUS CODE OF CRIMINAL PROCEDURE Art.4.04 TRAP 72.1 is true and correct.

EXECUTED ON THIS THE 1st Day of November 2015.

RELATOR/PRO SE APPLICANT:
S/ _Darrell Hogan_

COURT OF CRIMINAL

AUSTIN TEXAS


INRE:CRIMINAL CAUSE No. 11,220

WRIT

C.C.P. Art 11.07 :3 (a),(B)


ORDER


WE COMMAND,

The JUDICIAL DISTRICT COURT 21st District of Washington County

Texas to Answer Applicant/Relators Application in compliance

with the Statute set Forth criminal code of procedure art 11.07

§3 (a),(b)


SIGNED AND EXECUTED BY THE UNDERSIGNED AUTHORITY


_____

PRESIDING: